UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| KRISTOPHER FRANCISCO, | **24 Cr. 388 (LGS)** |
| Defendant. | |

      WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge James L. Cott on June 17, 2024;

      WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

      WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
      August 5, 2024

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE